Arnold J. FLEMING, Plaintiff–Appellant,

v.

Dr. Craig LINDNER; et al., Defendants–Appellees.

No. 06–15275.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2007.*

Filed Aug. 21, 2007.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Arnold J. Fleming, Indio, CA, pro se.

Jill Buttram Scally, Supervising Dag, Kevin William Reager, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

California state prisoner Arnold J. Fleming appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003), and we affirm.

The district court properly dismissed the action without prejudice because Fleming failed to exhaust administrative remedies, regarding his request for immediate replacement of his dental plates, before filing a complaint in federal court. *See McKinney v. Carey*, 311 F.3d 1198, 1199–1200 (9th Cir.2002) (per curiam) (holding that 42 U.S.C. § 1997e(a) requires dismissal without prejudice where a prisoner has not exhausted administrative remedies pri-

or to filing suit). To the extent Fleming contends that he should be exempted from the exhaustion requirement, we are not persuaded. *Cf. Booth v. Churner*, 532 U.S. 731, 741 n. 6, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001) ("[W]e will not read futility or other exceptions into statutory exhaustion requirements where Congress has provided otherwise.").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

